UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FARRON GENE AMERICAN HORSE, SR.,<br><br>  Defendant. | CR-23-63-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 8th day of April, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts